JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERRERA, | ) Case No. CV12-4020-GW (DTB) |
| Petitioner, | ) **JUDGMENT** |
| vs. | ) |
| G.D. LEWIS, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered dismissing the Petition with prejudice as untimely.

DATED: September 19, 2012

_George H. Wu_
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1